FILED
CLERK, U.S. DISTRICT COURT
APR - 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-718 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Bonnie Nicole Frazier | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

Current violation allegation; supervised release status; compliance concerns, extensive prior criminal history; current substance abuse problem

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Current violation allegation; supervised release status; compliance concerns; unverified family & community ties; no bail resources; unemployment status; current substance abuse issues

IT IS ORDERED that defendant be detained.

DATED: 4/2/2015

/s/ John E. McDermott
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE